### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DOROTHY J. WILLIS, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL NO. 16-cv-937-JPG-CJP |
| NANCY A. BERRYHILL, | ) |
| Defendant. | ) |

### JUDGMENT

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. §405(g).

Judgment is entered in favor of plaintiff Dorothy J. Willis and against defendant Nancy A. Berryhill, Acting Commissioner of Social Security.

**DATED**: 3/20/2017

JUSTINE FLANAGAN
**Acting Clerk of Court**

BY: *s/Tina Gray*
         **Deputy Clerk**

**APPROVED:**

 *s/J. Phil Gilbert*
**J. PHIL GILBERT**
**U.S. DISTRICT JUDGE**